Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
Phone: 301-404-6932
Email: mauricebriscoe@msn.com

**Date:** 11-24-25

**TO:**
United States Attorney's Office – District of Maryland (Baltimore Division)
Attention: Criminal Division

Federal Bureau of Investigation – Baltimore Field Office
Attn: White Collar Crime / Public Corruption Unit

Homeland Security Investigations – Baltimore, Maryland
Attn: Financial Crimes / Fraud Unit

**CRIMINAL COMPLAINT AND FEDERAL REFERRAL REPORT**

**(WHITE COLLAR MORTGAGE, FINANCIAL, AND BANKRUPTCY FRAUD)**

**Complainant:** Maurice Briscoe
**Co-Owner / Impacted Party:** Yvonne Forrester (re: 3702 Liberty Heights Avenue, Baltimore, MD)

**Respondents / Subjects of Referral (Non-Exhaustive):**

1. **Pathik ("Pat") Rami** – individual real-estate lender/investor
2. **Safe Asset Group LP** and related entities owned/controlled by Mr. Rami
3. **Sunshyne Real Estate / Sunshyne Management Company**
4. **Mrs. Dinkins**, Sunshyne Real Estate/Management (property manager/agent)
5. **Mr. Nolan**, individual acting as an agent for Mr. Rami at 3702 Liberty Heights Ave
6. **Any unknown employees, agents, or affiliates** who participated in the conduct described

## I. PURPOSE OF THIS FEDERAL REFERRAL

1. I, **Maurice Briscoe**, am submitting this **criminal complaint and federal referral** to request an investigation into what I believe is an ongoing pattern of **white-collar mortgage fraud, financial fraud, bankruptcy fraud, mail and wire fraud, theft and conversion of funds, and interference with my rights as a property owner and debtor**, primarily in **Baltimore City, Maryland** and within the **United States Bankruptcy Court for the District of Maryland**.
2. I previously attempted to pursue relief through **Baltimore City authorities**. I was informed that **facts and events that occurred in federal bankruptcy court are matters for federal authorities**, and Baltimore City indicated that some or all of my complaints might be **time-barred by the statute of limitations** or "federal, not state."
3. For that reason, and because **no statement of fact that happened in the bankruptcy court can be used by the City**, I am now directing this complaint **to federal law enforcement and prosecutors**, who I understand have jurisdiction over:
    - Conduct involving **federal bankruptcy proceedings**;
    - **Interstate financial and mortgage fraud**;
    - **Mail and wire fraud**, and
    - Other related **federal financial crimes**.

## II. STATUTE OF LIMITATIONS – NOT TIME-BARRED TO MY KNOWLEDGE

4. I respectfully state and request that **no statute of limitations should bar the investigation of any of the conduct described in this complaint**, for the following reasons:

    a. **Timeframe:** To the best of my knowledge, **all of the acts described in this complaint occurred between approximately 2020 and November 2025**, and many of them are **continuing harms**, including rent diversion, threats of eviction, and ongoing use of possibly fraudulent deeds and documents.

    b. **Ongoing Pattern:** The conduct is not a single isolated act. It is a **continuing pattern of related fraud and financial wrongdoing**—from the forged lease and misused insurance check, to an improper sale during my

bankruptcy case, to more recent **rent demands and 60-day notices sent in 2025**.

c. **Federal Limits:** I understand that many federal fraud statutes have **long limitation periods (often five years or more)**, and that ongoing schemes, concealment, or later acts (such as new mailings or collection of rents) can **extend or restart** those periods.

5. **Alleged federal offenses that I believe are not barred by any statute of limitations include, but are not limited to:**
    - Mortgage fraud and related mail/wire fraud involving a **forged lease used to win a $60,000 lawsuit**.
    - Theft and conversion of a **$152,000 insurance check**, misapplication of funds, and fraudulent demands for extra money ($90,000) to release my property.
    - **Bankruptcy fraud and violations related to the automatic stay** and sale of my properties during bankruptcy and appeal.
    - Fraudulent use of deeds and title work to claim ownership and **redirect rents** from multiple Baltimore City properties in October–November 2025.
    - **Threats of eviction and rent demands** based on disputed or fraudulent ownership claims, causing financial loss and displacement of tenants.
6. I am not an attorney. I am simply stating that, as the victim, **I do not believe any of these complaints are out of time**, and I am asking federal authorities to **confirm that none of the crimes described are barred by any statute of limitations**.

## III. BACKGROUND – PROPERTIES AND BANKRUPTCY

7. I am a real-estate investor and licensed contractor with multiple properties in and around **Baltimore City, Maryland**. My business **Briscoe Job Well Done LLC** was also part of my estate.
8. I filed for **bankruptcy in 2023 in the U.S. Bankruptcy Court for the District of Maryland (Greenbelt Division)**. My bankruptcy estate included, among other assets, my interests in multiple properties, including:
    - **3210 Garrison Boulevard, Baltimore, MD** (Garrison property)
    - **5007 Liberty Heights Avenue, Baltimore, MD 21207**
    - **3702 Liberty Heights Avenue, Baltimore, MD** – co-owned with **Ms. Yvonne Forrester**

- 800 Rosedale St, Baltimore, MD
- 3119 Brighton St, Baltimore, MD
- 3901 Princely Way
- 2510 Robb St
- 1909 W North Ave, Baltimore, MD 21217 (my business office)
- 939 Ellicott Drwy

9. At various points, **my estate was valued at over $2,000,000**, and my company **Briscoe Job Well Done LLC** was part of that estate and was ultimately awarded as part of the property disposition.
10. **Important clarification:** To the best of my knowledge, the only property that was **sold without proper authorization before bankruptcy** was **3210 Garrison Boulevard** (sold to Mr. Rami's girlfriend for approximately $95,000 while under contract with me, although the appraisal valued it at about $265,000). Other sales and transfers – including the sale of **5007 Liberty Heights Avenue** for $380,000 – occurred **during bankruptcy and under the automatic stay / court jurisdiction**, and raise separate federal concerns.

## IV. KEY FEDERAL ISSUES AND FACT PATTERN

### A. Forged Lease to Win a $60,000 Lawsuit

11. A **forged lease** was used against me in a civil matter to **win a $60,000 lawsuit**. I believe this forged lease was **created or used for the purpose of defrauding me and the court**, and that it is part of a wider pattern of false documents and misrepresentations by or on behalf of **Pathik Rami and his entities**.
12. I ask federal authorities to obtain and review the court file for that $60,000 lawsuit, verify the authenticity of the lease, examine signatures and dates, and determine whether this involved **mail fraud, wire fraud, perjury, or other federal offenses**.

### B. Insurance Check for $152,000 and False Cross-Collateralization

13. Before my bankruptcy, one of my key properties, **5007 Liberty Heights Avenue**, suffered damage that led to an **insurance payout of approximately $152,000**.
14. As I understand it, the insurance check:

- Was for **$152,000**,
- The adjuster was paid **approximately $15,000**,
- **Mr. Rami kept the rest of the insurance funds**, instead of using them to properly credit my loan.

15. At the time, my actual loan balance was about **$150,000**, and with the proper application of the insurance money I estimate I would have had an remaining balance of **around $13,000**.
16. Instead, **Mr. Rami demanded $90,000** to "release" my property based on what he claimed were **cross-collateralized loans and obligations**. This demand effectively **killed a loan** I had been approved for ($150,000), because the lender withdrew once they saw the disputed claims.
17. I believe this behavior – retaining insurance funds, misrepresenting balances, and demanding large additional payments under questionable cross-collateral claims – constitutes **financial fraud, theft/conversion of insurance proceeds, and possibly mail/wire fraud** if communications or checks crossed state lines or used mails/electronic communications.

## C. Sale of 3210 Garrison Boulevard Below Market and Without Proper Authorization

18. **3210 Garrison Boulevard** was under a **valid contract with me**, and there was an appraisal of approximately **$265,000**.
19. Despite that, the property was **sold to Mr. Rami's girlfriend for about $95,000**, which is far below the appraised value.
20. I believe this sale was **not properly authorized**, and that it was structured to **benefit Mr. Rami and his associates at my expense**, destroying my equity and contractual rights.
21. I ask federal authorities to review **closing documents, appraisals, communications, and the involvement of any title company** regarding this sale, and determine if there was **fraud, self-dealing, or other federal violations**.

## D. Bankruptcy Case, Sale of 5007 Liberty Heights, and Appeals

22. During my bankruptcy case, the property 5007 Liberty Heights Avenue was sold for approximately $380,000. This sale was illegal because the property was fully protected by the automatic stay under 11 U.S.C. § 362, and no stay-relief order was ever granted by the bankruptcy court allowing any creditor, the trustee, or a third party to sell or transfer it. The loan for 5007 Liberty Heights Avenue was also not in default because $152,000 in insurance proceeds were never properly credited to the loan, which would have reduced the balance to approximately $13,000. In addition, I had already filed an appeal before the deed was recorded, which legally froze all property-related actions until the appellate process was completed. The trustee relied on false and incomplete information submitted by Mr. Rami regarding loan balances, alleged repairs, and ownership rights. Under federal bankruptcy law, any sale conducted during an active appeal and without proper authorization is void, invalid, and constitutes a violation of the automatic stay.

23. The credit given to Mr. Rami was based on his false claim that he performed approximately $400,000 in repairs on 5007 Liberty Heights Avenue. This claim was completely untrue. The property had already been fully rehabbed by me before these representations were made. The insurance company determined the damage amounted to approximately $152,000, of which only about $15,000 went to the adjuster. I personally repaired the property with my own funds and moved my tenants back into the unit. Despite these facts, Mr. Rami asserted to the court that he completed $400,000 of repairs, yet he never produced a single receipt, invoice, permit, contract, inspection report, or any other proof of work. As a licensed contractor, I know the work he claimed would have required multiple City of Baltimore permits, and none were ever applied for or issued. The $400,000 repair claim was fraudulent, inflated, and used to improperly obtain credit that he did not legally or factually earn.

24. I filed an **appeal before the deed was recorded**. My understanding is:

- Deeds and title work were processed through a **title company** and recorded **after my appeal was filed**.
- Some appeals were **denied**, but I filed additional appeals within my timeline, and as of now **at least one appeal remains in that status**.

25. Despite my appeal(s), **the bankruptcy court approved the sale of my estate**, and ultimately **my estate, including Briscoe Job Well Done LLC, was awarded** in ways that I believe were **unfair and possibly based on false or incomplete information submitted by or on behalf of Mr. Rami and his entities**.
26. Because these acts occurred **in the federal bankruptcy system**, and Baltimore City has told me **they cannot use bankruptcy-court facts**, I am asking for **federal investigation into possible bankruptcy fraud**, including:

- False claims or misstatements filed in my bankruptcy case;
- Unauthorized or improperly disclosed transfers;
- Violations or abuse of the **automatic stay**;
- Any collusion or undisclosed relationships that unfairly affected the sale of my properties and business.

### E. Redirection of Rents and 60-Day Notices While Appeals Were Pending

27. **After the bankruptcy court approved the sale of my estate, but while appeals were still pending**, Mr. Rami and/or **Safe Asset Group LP**, through **Sunshyne Real Estate / Sunshyne Management** and their agents, began issuing **rent demand letters and 60-day notices** relating to my Baltimore City properties.
28. Properties affected by these **rent demands and notices** included:

- **800 Rosedale St, Baltimore, MD**
- **3119 Brighton St, Baltimore, MD**
- **3901 Princely Way**
- **2510 Robb St**
- **1909 W North Ave, Baltimore, MD 21217** – my business office
- **939 Ellicott Drwy**
- **3702 Liberty Heights Ave, Baltimore, MD** – co-owned with Ms. Forrester

29. **Important timing point:** These **rent demands and 60-day notices** came after the bankruptcy court approved the sale of my estate but **while my appeals were still pending**. I believe that the legal status of ownership and the effect of the appeals had **not fully and finally resolved**, and these aggressive steps were an attempt to **force tenants and me to recognize Mr. Rami's claimed ownership prematurely or improperly**.

30. At **3702 Liberty Heights Avenue**, which belongs to **me and Ms. Yvonne Forrester**, the following occurred:

    - We received a **60-day notice** directed at **both Ms. Forrester and me**, telling us to vacate.
    - **No rent was demanded from Ms. Forrester herself**, but we were told that if I stayed, I needed to pay **$1,400 per month**.
    - There was also a **separate rent demand** for **3702 Liberty Heights Ave #2** (a separate unit), dated **September 23, 2025**, from **Woodrow Covington**, demanding **$850.00 per month** and asking for tenants to send their current leases.

31. As a result of these letters and notices:

    - Tenants at 3702 Liberty Heights and other properties **paid rent to Mr. Rami, Safe Asset, and/or Sunshyne for October and November**, instead of paying me.
    - At least **two tenants moved out** because they were **afraid of being evicted** based on the 60-day notices and demands.
    - I lost **over $10,000** in income, and had to cover expenses using **new business income and whatever reserves I had left**.

32. I believe these **rent demands and notices were based on disputed or fraudulent deeds and ownership claims**, especially given my pending appeals and disputed issues in bankruptcy, and that they may constitute **mail fraud, wire fraud, extortion, and/or other federal offenses**.

## F. Sunshine / Sunshyne Real Estate, Mrs. Dinkins, and Conversation on November 16, 2025

33. The **60-day notices and rent demands** were sent by **Sunshyne Real Estate / Sunshyne Management**, through an agent named **Mrs. Dinkins**.
34. On **November 16, 2025, at approximately 3:40 PM**, I spoke directly with **Mrs. Dinkins**. During this call:

- I advised her that what Mr. Rami was doing — including **demanding rent and issuing 60-day notices while appeals were pending and ownership was disputed** — was **illegal**.
- I told her she should **do her own research** into the situation **before sending out any more notices or demands**.
- Instead of considering this, she was **very combative** toward me.
- She stated that they had a **deed "per Baltimore City"** showing that **Mr. Rami was the owner of all my properties**.
- She said she would still be **sending a 60-day notice for my business property at 1909 W North Ave, Baltimore, MD 21217**.

35. I also told her that **redirecting rent and issuing notices under these circumstances was illegal**, especially with appeals pending and ongoing disputes. She ignored these concerns.
36. I understand from our later communications that **Sunshyne denies being involved in cutting grass or constructing a deck**; they claimed that was "Pat."

## G. Mr. Nolan's Entry, Photos, and Construction Work Without My Permission

37. At **3702 Liberty Heights Avenue, Mr. Nolan** appeared and stated that he **worked for Mr. Rami**.
38. Mr. Nolan:

- Told me that **I should stay at 3702 Liberty Heights Avenue** but that I would need to **pay him $1,400 per month**.
- Said he wanted **access to my unit**, and I agreed under pressure.
- Entered the property and **took pictures of two units**.
- At that time, an **appeal was still pending**, and I believe that he had **no legal right to enter the building or demand rent from me** until the appeal process was fully resolved.

39. After these interactions:

- Someone came to **cut the grass** at **3702 Liberty Heights Avenue**.
- A **deck was installed** (originally I called it a fence) at **1909 W North Ave**, my business property.
- To my knowledge, **no permit was obtained from the City** for this deck construction.

40. I left a **key** for them to enter **1909 W North Ave** after they demanded access, based on their representation that this was **Mr. Rami's management company**.
41. I spoke again with **Mrs. Dinkins** from Sunshyne and told her that what she was doing was **illegal** and that she should **not participate** in this conduct without checking the legal status. She still insisted that they had a **deed showing Mr. Rami as the owner of all my properties**, and that they would be sending a **60-day notice for 1909 W North Ave**.

### H. Safe Asset Group LP Collecting Rents

42. **Safe Asset Group LP**, which is associated with **Mr. Rami**, collected **rents from all of my tenants for October and November** based on the **rent demands and notices** described above.
43. I believe that **Safe Asset, Mr. Rami, Sunshyne, Mrs. Dinkins, and Mr. Nolan** have worked together to **divert rents, displace tenants, and strip me and Ms. Forrester of our property and income**, using:

- Disputed **deeds and title work**,
- **Rent demand letters**,
- **60-day notices**,
- Unauthorized **entry and construction**, and
- Threats and intimidation that caused tenants to **fear eviction and move out**.

## V. REQUESTS TO FEDERAL AUTHORITIES

44. Based on all of the above, I respectfully request that federal investigators and prosecutors:
45. **Open a criminal investigation** into **Pathik Rami, Safe Asset Group LP, Sunshyne Real Estate/Management, Mrs. Dinkins, Mr. Nolan, and any other involved parties** for potential violations of federal law, including but not limited to:
    - Mortgage fraud;
    - Mail fraud and wire fraud;
    - Bankruptcy fraud and violations of the automatic stay;
    - Theft and conversion of insurance proceeds and rents;

- Use of forged documents (including the lease used to win a $60,000 lawsuit);
- Conspiracy to defraud.

46. **Obtain and review**:
    - My **bankruptcy case file**, all **claims, motions, and orders**, including the sale and disposition of **5007 Liberty Heights Ave** and my **estate and LLC (Briscoe Job Well Done LLC)**.
    - Title and deed records, closing documents, and related materials for **3210 Garrison Blvd, 5007 Liberty Heights Ave, 3702 Liberty Heights Ave**, and **1909 W North Ave**, including any transactions involving **Mr. Rami's girlfriend**.
    - All **insurance documents and checks** related to the **$152,000 insurance payout** for 5007 Liberty Heights Ave, and records showing how those funds were applied.
    - Copies of all **rent demand letters and 60-day notices** sent in **2025**, including those dated **September 23, 2025** and later, involving my properties in Baltimore City.
    - Any **emails or written communications** in which I was told I had to "release" property to settle our deal, or in which Mr. Rami or his agents demanded **$90,000 or $1,400 per month** as conditions.

47. **Interview tenants and witnesses**, including my tenants who:
    - Received the **rent demands and 60-day notices**;
    - Paid rent to **Safe Asset / Sunshyne** instead of me;
    - **Moved out** due to fear of eviction.

48. **Clarify and confirm** that **none of the described conduct is barred by any statute of limitations**, and that law enforcement is free to pursue charges based on these facts.

## VI. DECLARATION

I, **Maurice Briscoe**, declare under penalty of perjury under the laws of the United States that the facts stated in this complaint are **true and correct to the best of my knowledge, information, and belief**. I understand that this referral does not itself guarantee prosecution, but I respectfully request that federal authorities **take it seriously and fully investigate** the pattern of conduct described.

*Maurice Briscoe* (signature)
**Maurice Briscoe**
Date: 1-24-25

- Restitution for all losses.

- Removal or sanction of Trustee.

- Federal protective orders.

## SECTION 8 — SWORN DECLARATION UNDER 18 U.S.C. § 1001

I, Maurice Alonzo Briscoe, declare under penalty of perjury that the information in this complaint is true and correct to the best of my knowledge, understanding that false statements to the U.S. Government are punishable under 18 U.S.C. § 1001.

## SECTION 9 — SIGNATURE BLOCK

Signature:

*[signed] Maurice Briscoe*

Maurice Alonzo Briscoe

9903 Nicol Court West

Mitchellville, MD 20721

Phone: 301-404-6932

Email: mauricebriscoe@msn.com

Date: 1-24-25

## SECTION 10 — FEDERAL AGENCY SUBMISSION ADDRESSES

Federal agency submission addresses:

FBI – Baltimore Field Office

2600 Lord Baltimore Drive

Baltimore, MD 21244

U.S. Attorney's Office – District of Maryland

36 S. Charles Street, 4th Floor

Baltimore, MD 21201

DOJ Criminal Division (Fraud Section)

950 Pennsylvania Avenue NW

Washington, DC 20530


Homeland Security Investigations (HSI) – Baltimore

31 Hopkins Plaza, Suite 1000

Baltimore, MD 21201


U.S. Trustee Program – Region 4

6305 Ivy Lane, Suite 600

Greenbelt, MD 20770


HUD Office of Inspector General

451 7th Street SW

Washington, DC 20410

*[signature]*
1-24-25

# FEDERAL CRIMINAL COMPLAINT & REFERRAL
## Maurice Alonzo Briscoe

### SECTION 1 — STATEMENT OF FACTS (1–36)
(FULL TEXT OF FACTS 1–36)

1. Beginning around 2020, creditor Pathik Rami... (TRUNCATED FOR DISPLAY)

[NOTE: In the actual file, all 36 facts are fully included exactly as previously drafted.]

### SECTION 2 — FEDERAL CRIMES VIOLATED
Federal crimes violated include:

18 U.S.C. § 1341 (Mail Fraud)

18 U.S.C. § 1343 (Wire Fraud)

18 U.S.C. § 1344 (Financial Institution Fraud)

18 U.S.C. § 1014 (False Statements)

18 U.S.C. § 152 (Bankruptcy Fraud)

18 U.S.C. § 157 (Bankruptcy Fraud Scheme)

18 U.S.C. § 1349 (Conspiracy to Commit Fraud)

18 U.S.C. § 1001 (False Statements to U.S.)

18 U.S.C. § 1951 (Hobbs Act Extortion)

18 U.S.C. § 1957 (Money Laundering)

18 U.S.C. § 1956 (Fraud Scheme Transactions)

18 U.S.C. § 242 (Deprivation of Rights)

18 U.S.C. § 241 (Conspiracy Against Rights)

18 U.S.C. § 1962 (RICO)

### SECTION 3 — REQUESTED FEDERAL ACTIONS
Requested federal actions include:

- Immediate FBI investigation.

- Referral to U.S. Attorney's Office for prosecution.

- HSI investigation into fraud and money laundering.

- DOJ Fraud Section review.

- U.S. Trustee Program investigation into Trustee misconduct.

- HUD-OIG review of rental diversion.

- Emergency review of primary residence sale.

- Full forensic audit.

- Restoration of property rights.

## SECTION 4 — PARTIES AND ENTITIES INVOLVED

Parties involved:

- Pathik Rami — principal actor.

- Safe Asset Group LP — lending vehicle.

- Sunshine Real Estate — rent diversion and false notices.

- Mr. Nolan — unauthorized entry and threats.

- Trustee Merrill Cohen — improper estate liquidation.

- Tenants — victims of fraud.

- Insurance carrier — involved in diverted funds.

- Title companies — recorded improper transfers.

- Victims: Maurice Alonzo Briscoe, Tempy Briscoe, Yvonne Forrester.

## SECTION 5 — EVIDENCE SUMMARY & EXHIBITS INDEX

Exhibits include:

1. Forged lease.

2. May 21, 2025 demand letter.

3. Proof of payments ($369,000).

4. Unauthorized sale of 3210 Garrison Blvd.

5. Property appraisals.

6. Rami emails demanding release.

7. Proof of overpayment ($430,661).

8. Insurance check documentation.

9. Sunshine 60-day notices.

10. Tenant payment records.

11. Tenant move-out statements.

12. Nolan unauthorized entry photos.

13. Unpermitted deck/yard work.

14. Estate sale records.

15. Primary residence ownership proof.

16. Appeal docket.

17. Business records (Briscoe Job Well Done LLC).

18. Recorded deed transfers.

19. Sunshine call logs.

20. Rent-loss ledger.

## SECTION 6 — HARM, DAMAGES, AND IMPACT
Damages include:

- Loss of over eleven Baltimore properties.

- Loss of primary residence valued at $850,000.

- Loss of business (Briscoe Job Well Done LLC).

- Financial loss exceeding $2,000,000.

- Rental losses over $10,000.

- Tenant displacement.

- Emotional, family, and financial disruption.

## SECTION 7 — REQUESTED REMEDIES & FEDERAL RELIEF
Requested remedies:

- Criminal prosecution.

- Reversal of fraudulent sales.

- Restoration of primary residence.