NOTICE OF RELATED STAYS AND EMERGENCY MOTION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Maurice Briscoe,**
Appellant,

v.

**Pathik Rami, et al.,**
Appellees.

Case No.: 8:25-cv-00184-PX
Related Case: 8:25-cv-02722-PX

NOTICE OF RELATED STAYS AND EMERGENCY MOTION

COMES NOW Appellant, **Maurice Briscoe**, appearing **pro se**, and respectfully submits this Notice to advise the Court of related pending stay matters involving the same parties, the same bankruptcy estate, and overlapping issues.

1. Appellant has a **Motion for Stay Pending Appeal** that is fully briefed and awaiting decision in **Case No. 8:25-cv-02722-PX**.
2. On **January 6, 2026**, Appellant filed an **Emergency Motion for Determination that Post-Appeal Transfer of Escrow Funds Was Unauthorized and for Emergency Stay and Return of Funds** in Case No. **8:25-cv-00184-PX**.
3. Both stay requests arise from the same underlying bankruptcy proceedings and concern post-appeal conduct affecting estate assets, including escrow funds.
4. This Notice is submitted solely to inform the Court of the related stay requests and to avoid inconsistent rulings. No duplicative relief is sought by this filing.

WHEREFORE, Appellant respectfully submits this Notice for the Court's consideration.

*Maurice Briscoe*
1-12-26

# ☑ CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of January 2026, a copy of the foregoing was served as follow

**Merrill Cohen**
Chapter 7 Trustee
P.O. Box 53
Harbeson, DE 19951
■ Served by electronic mail pursuant to Trustee's authorization

**Stanford Gann, Jr., Esq.**
Levin Gann, P.A.
1 Pennsylvania Avenue
Towson, MD 21204
■ Served by electronic mail and/or U.S. Mail

*/s/ Maurice Briscoe*
Maurice Briscoe
Pro Se Appellant