USDC- BALTIMORE
'26 FEB 12 PM 2:29

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Maurice Briscoe,

Appellant,

v.

Pathik Rami, Safe Asset Group Limited Partnership, et al.,

Appellees.

Civil Action No.: 8:25-cv-02722-PX

Bankruptcy Case No.: 23-12106

MOTION FOR LEAVE TO FILE APPELLANT'S OPENING BRIEF OUT OF TIME

COMES NOW the Appellant, Maurice Briscoe, proceeding pro se, and respectfully moves this Honorable Court for leave to file his Opening Brief out of time pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4), and states as follows:

I. Procedural Background

1. On March 17, 2025, the Bankruptcy Court conducted a hearing concerning 5007 Liberty Heights Avenue, LLC (Bankr. Doc. 250).

2. On March 26, 2025, the Bankruptcy Court entered its Order (Bankr. Doc. 253), which is the subject of this appeal.

3. Appellant timely filed his Notice of Appeal.

4. The record and transcripts were transmitted thereafter.

5. Appellant has actively litigated issues including automatic stay violations, improper claim allowances, exclusion of evidence, and jurisdictional errors.

HD
Rcv'd by: AVR

6. Appellant is proceeding without counsel and navigating complex bankruptcy appellate procedure pro se.

II. Good Cause and Excusable Neglect

7. The delay in filing the Opening Brief was not willful, strategic, or in bad faith.

8. Appellant misunderstood the procedural sequence following transmittal of the bankruptcy record.

9. Appellant believed further scheduling or court action would precede briefing deadlines.

10. The issues on appeal involve substantial federal questions including:

- Sale of 5007 Liberty Heights Avenue during the pendency of the automatic stay under 11 U.S.C. § 362

- No motion for relief from stay filed

- No order lifting the stay entered

- Allowance of a $400,000 repair credit without court approval

- No permits, receipts, or evidentiary foundation

- Refusal to admit documentary evidence

- Dismissal of adversary claims without hearing

- Application of Rooker-Feldman doctrine to federal bankruptcy matters

11. These issues affect significant estate property and creditor distributions.

12. No prejudice will result to Appellees if the Court allows the brief.

13. Dismissal would be a harsh sanction where a pro se litigant seeks review of serious jurisdictional and due process issues.

III. Pioneer Factors

Under Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380 (1993):

- The reason for delay was procedural misunderstanding
- Appellant acted in good faith
- There is no prejudice to Appellees
- The appeal raises meritorious issues

WHEREFORE

Appellant respectfully requests that this Court:

A. Grant leave to file the Opening Brief out of time;

B. Accept the attached Opening Brief; and

C. Grant such further relief as is just and proper.

Respectfully submitted,

Maurice Briscoe

Pro Se Appellant

Date: February 13, 2026

*Maurice Briscoe*

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

I hereby certify that on this 13th day of February, 2026, I served a true and correct copy of the foregoing **Motion for Leave to File Out of Time, Opposition to Motion to Dismiss, and Appellant's Opening Brief** as follows:

**Merrill Cohen**
Chapter 7 Trustee
P.O. Box 53
Harbeson, DE 19951
Served by electronic mail pursuant to Trustee's authorization.

**Stanford Gann, Jr., Esq.**
Levin Gann, P.A.
1 Pennsylvania Avenue
Towson, MD 21204
Served by electronic mail and United States Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Maurice Briscoe
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
301-404-6932
mauricebriscoe@msn.com

Appellant, Pro Se

