USDC- BALTIMORE
'26 FEB 12 PM2:29

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Maurice Briscoe,

Appellant,

v.

Pathik Rami, Safe Asset Group Limited Partnership, et al.,

Appellees.

Civil Action No.: 8:25-cv-02722-PX

APPELLANT'S OPENING BRIEF

Statement of Issues

1. Whether the Bankruptcy Court erred in failing to address sale during automatic stay.

2. Whether the Court erred in allowing a $400,000 repair credit without approval or evidence.

3. Whether the Court erred in excluding documentary evidence.

4. Whether the Court misapplied the Rooker-Feldman doctrine.

5. Whether Appellant's membership interest was improperly extinguished absent contractual default.

Standard of Review

Legal conclusions — de novo

Factual findings — clear error

Due process — de novo

Argument



Rcv'd by: HD AR

I. Automatic Stay

The property was sold during the automatic stay. No motion for relief was filed. No order lifting stay entered. Such actions are void or voidable under § 362.

II. Improper Repair Credit

The alleged $400,000 repair claim lacked documentation, prior motion, and evidentiary support. The Court relied on unsworn assertions.

III. Contractual Default

No proof of three-payment delinquency. No certified notice. Insurance proceeds reduced balance to approximately $13,000.

IV. Due Process

Evidence excluded. Adversary dismissed without hearing. Significant estate assets affected.

Conclusion

The Bankruptcy Court Order should be reversed and remanded for proper evidentiary determination.

Respectfully submitted,

Maurice Briscoe

*Maurice Briscoe*
1-13-26