**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MAURICE BRISCOE,      *

  Appellant,      *

 v.          *    Civil Action No. 8:25-cv-2722-PX

MERRILL COHEN, *et al.*,    *
            *

  Appellees.

          ***

## <u>ORDER</u>

On August 11, 2025, Maurice Briscoe noted his third appeal from his Chapter 7 bankruptcy proceeding.  ECF No. 1.  Bankruptcy Rule 8009 requires the appellant to designate the portions of the Bankruptcy record relevant to his appeal within 14-days of the effective date of appeal.  This Court's Local Rules provide that where the appellant "fails to designate the contents of the record on appeal . . . within the time required by Bankruptcy Rule 8009," the Court may, "upon its own initiative, dismiss the appeal for non-compliance with Bankruptcy Rule 8009 after giving the appellant an opportunity to explain the non-compliance and upon considering whether the non-compliance had prejudicial effect on the other parties."  *See* D. Md. Loc. R. 404.2.

Briscoe has failed to designate the record on appeal.  Thus, on this 16th day of March 2026, Briscoe is **ORDERED** to show good cause within 14 days from the date of this Order, (March 30, 2026), why this appeal should not be dismissed. Briscoe is forewarned that the Court does not construe designation of the entirety of the bankruptcy docket (220 separate filings) as a proper designation in the context of his seriatim appeals.  *See Briscoe v. Rami et al.*, Civ. No. 8:25-cv-1184-PX (D. Md.); *Briscoe v. Herr*, Civ. No. 8:24-cv-03494-PX (D. Md.).

The Clerk is **DIRECTED** to transmit the Order to Appellees and **MAIL** a copy of the Order to Briscoe.

3/16/2026                                                          /s/
Date                                                     Paula Xinis
                                                         United States District Judge