

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Maurice Briscoe,

Appellant,

v.

4903
Nicol Court West
Mitchellville MD 20721

Merrill Cohen, et al.,

Appellees.

Civil Action No.: 8:25-cv-02722-PX

RESPONSE TO ORDER TO SHOW CAUSE

Appellant Maurice Briscoe, proceeding pro se, respectfully responds to the Court's March 16, 2026 Order to Show Cause and states:

Appellant acknowledges that the prior designation of the record was not submitted in the format contemplated by Bankruptcy Rule 8009.

Appellant's submission of the full bankruptcy docket was based on a good-faith misunderstanding of the procedural requirement, believing that inclusion of all filings would ensure completeness of the appellate record.

Appellant did not intend to disregard the Court's rules or procedures and has actively pursued this appeal.

Appellant now understands that the Rule requires designation of specific relevant portions of the record.

Appellant is prepared to cure this issue immediately and has submitted a corrected designation of record identifying the specific documents relevant to the issues on appeal.

There is no prejudice to Appellees, as the underlying documents are already part of the bankruptcy record and accessible.

Dismissal would be a harsh sanction under the circumstances, particularly where the issue is procedural and curable.

WHEREFORE

Appellant respectfully requests that the Court:

- Discharge the Order to Show Cause;

- Accept the corrected designation of record; and

- Allow the appeal to proceed on the merits.

Respectfully submitted,

Maurice Briscoe

Pro Se Appellant

Date: March 23, 2026

CERTIFICATE OF SERVICE

Merrill Cohen

P.O. Box 53

Harbeson, DE 19951

merrillc@cohenbaldingger.com

Stanford Gann, Jr., Esq.

1 Pennsylvania Avenue

Towson, MD 21204

sgannjr@levingann.com

Maurice Briscoe

Date: March 23, 2026