IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND



USDC- GREENBELT
'26 MAR 23 AM 9:48

Maurice Briscoe,

Appellant,     9903 Nicol court west
                  Mitchellville MD 20721
v.

Merrill Cohen, et al.,

Appellees.

Civil Action No.: 8:25-cv-02722-PX

STATEMENT OF ISSUES ON APPEAL

(Pursuant to Fed. R. Bankr. P. 8009)

Appellant Maurice Briscoe, proceeding pro se, respectfully identifies the following issues on appeal:

1. Whether actions taken violated the automatic stay under 11 U.S.C. § 362.

2. Whether estate property was sold or transferred without proper court authorization.

3. Whether property ownership or deeds were altered without lawful approval.

4. Whether the dismissal or interference with Appellant's $500,000 claim occurred without due process.

5. Whether approximately $400,000 in credits or funds were applied without court approval.

6. Whether the Chapter 7 Trustee exceeded authority or failed to properly administer the estate.

7. Whether Appellant was denied due process, including notice and opportunity to be heard.

8. Whether estate assets were sold below fair market value, including a sale for approximately $5,000 despite a higher offer.

9. Whether Appellant suffered loss of rental income and possession due to improper actions.

10. Whether tenant notices, including 60-day notices, were issued without proper authority.

11. Whether the overall proceedings were fundamentally unfair.

CONCLUSION

Appellant respectfully submits that these issues warrant review and relief.

Respectfully submitted,

Maurice Briscoe

Pro Se Appellant

Date: March 23, 2026

CERTIFICATE OF SERVICE

Merrill Cohen

P.O. Box 53

Harbeson, DE 19951

merrillc@cohenbaldingger.com

Stanford Gann, Jr., Esq.

1 Pennsylvania Avenue

Towson, MD 21204

sgannjr@levingann.com

Maurice Briscoe

Date: March 23, 2026